J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

ORIGINAL
FILED

08 MAR 20  PM 1: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated, | ) Case No.: **C08 01536** |
| Plaintiff, | ) PLAINTIFF'S DECLINATION TO |
| v. | ) PROCEED BEFORE A MAGISTRATE |
| | ) JUDGE AND REQUEST FOR |
| Alex Jackson and Does 1 – 10, inclusive, | ) REASSIGNMENT TO A UNITED |
| | ) STATES DISTRICT JUDGE |
| Defendants. | ) |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

to a United States District Judge.

Dated:  March 18, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

COPY