**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                     415.522.2000

**March 26, 2008**

**CASE NUMBER:  CV 08-01536 JCS**
**CASE TITLE:  ADOBE SYSTEMS INCORPORATED-v-ALEX JACKSON, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JAMES WARE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/26/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                               Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                 Entered in Computer 3/26/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA