**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-01536 JW |
| Plaintiff(s), | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| JACKSON, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment a Case Management Conference has been before Judge James Ware **June 30, 2008 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.  The parties are to file a joint case management statement by **June 20, 2008.**

Dated:  March 31, 2008

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk


by:  _____/s/_____
       Elizabeth Garcia
       Courtroom Deputy