1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8

9                          UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

11  Adobe Systems Incorporated,              )   Case No. C08-1536 JW
                                             )
12                    Plaintiff,             )   REQUEST TO CONTINUE CASE
              v.                             )   MANAGEMENT CONFERENCE
                                             )
13  Alex Jackson and Does 1 through 10, inclusive, )
                                             )
14                    Defendants.            )
                                             )
15  _____)

16

17        PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

18  counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., hereby requests as follows:

19        WHEREAS the Court set the Scheduling Conference in the above-captioned matter on June

20  30, 2008, at 10:00 a.m.;

21        WHEREAS Defendant has not been properly served;

22        WHEREAS Defendant's father received notice of the lawsuit and contacted Plaintiff but

23  refused to provide information to locate Defendant;

24        WHEREAS Plaintiff is currently preparing an ex parte application for expedited discovery

25  to be filed with the court within the next two weeks;

26        WHEREAS there have been no prior continuances requested by the Parties; and

27

28

Adobe v. Jackson: Request to Cont. CMC                - 1 -

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until August 25, 2008, or a date thereafter acceptable to the Court.

Dated: June 20, 2008                                  J. Andrew Coombs, A Professional Corp.

By: _____/s/ J. Andrew Coombs_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8

9                          UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

11 Adobe Systems Incorporated,              )   Case No. C08-1536 JW
                                            )
12              Plaintiff,                  )   [PROPOSED] ORDER GRANTING
        v.                                  )   CONTINUANCE OF CASE
13                                          )   MANAGEMENT CONFERENCE
   Alex Jackson and Does 1 through 10, inclusive, )
14                                          )
                Defendants.                 )
15                                          )
                                            )
16 ─────────────────────────────────────────

17      On or about March 31, 2008, the Court set a Case Management Conference on June 30,
   2008 at 10:00 a.m.
18
        Plaintiff thereafter filed its request to continue the Case Management Conference to allow
19
   sufficient time to prepare and file an ex parte application for expedited discovery and properly
20
   serve defendant.
21 / / /

22
23 / / /

24
25 / / /

26 / / /
27
28 / / /

Adobe v. Johnson:  Proposed Order                 - 1 -

1  In light of the request, the Case Management Conference currently on calendar for June 30, 2008 at 10:00 a.m., is continued until _____, at _____.

IT IS SO ORDERED:

Dated: _____                          _____
                                                Hon. James Ware
                                                United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: ___/s/ J. Andrew Coombs_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Johsnon:  Proposed Order                  - 2 -