1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| Adobe Systems Incorporated, | ) Case No. C08-1536 JW |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) |
| Alex Jackson and Does 1 through 10, inclusive, | ) |
| Defendants. | ) |

On or about March 31, 2008, the Court set a Case Management Conference on June 30, 2008 at 10:00 a.m.

Plaintiff thereafter filed its request to continue the Case Management Conference to allow sufficient time to prepare and file an ex parte application for expedited discovery and properly serve defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

Adobe v. Johnson:  Proposed Order                             - 1 -

1  In light of the request, the Case Management Conference currently on calendar for June 30, 2008 at 10:00 a.m., is continued until **September 15, 2008 at 10 a.m.** Plaintiff shall serve this Order along with the Summons and Complaint on Defendant on or before **July 18, 2008** which is the deadline for service pursuant to Rule 4(m) of the Fed. R. Civ. Pro. On or before **September 5, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Dated:  June 23, 2008

_____
JAMES WARE
United States District Judge

Adobe v. Johsnon:  Proposed Order                    - 2 -