J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. C08-1536 JW |
|---|---|
| Plaintiff, | ) REQUEST FOR APPROVAL OF |
| v. | ) SUBSTITUTION OF ATTORNEY |
| Alex Jackson and Does 1 through 10, inclusive, | ) |
| Defendants. | ) |

PLAINTIFF Adobe Systems Incorporated hereby requests the Court approve substitution of Nicole L. Drey of 517 East Wilson Avenue, Suite 202, Glendale, California 91206, as counsel of record in place and stead of Annie S. Wang.

I, Annie S. Wang, hereby agree and consent to the above substitution.

Dated: July 7, 2008            By: /S/ Annie S. Wang
                                    Annie S. Wang

I, Nicole L. Drey, hereby agree and consent to the above substitution.

Dated: July 7, 2008            By: Nicole L. Drey
                                    Nicole L. Drey (SBN 250235)

Adobe v. Jackson: Req. for Substitution of Attorney            - 1 -

## **PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

      On July 7, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

- **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

for the following civil action:

<u>Adobe Systems Incorporated v. Alex Jackson, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Alex Jackson
31324 Via Colinas, Suite 114
Westlake Village, CA 91362

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome

```
1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. C08-1536 JW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER ON REQUEST |
| v. | ) FOR APPROVAL OF SUBSTITUTION |
| | ) OF ATTORNEY |
| Alex Jackson and Does 1 through 10, inclusive, | ) |
| Defendants. | ) |

The Court hereby orders that the request of Plaintiff Adobe Systems Incorporated to substitute retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue, Suite 202, Glendale, California, as attorney of record in place and stead of Annie S. Wang is hereby granted.

Dated: _____

_____
Hon. Jeffrey S. White
District Judge, United States District Court for
the Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation


By: /S/ Annie S. Wang
    _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Jackson: Order on Req. for Approval of Sub. of Atty.   - 1 -

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

- **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

for the following civil action:

<u>Adobe Systems Incorporated v. Alex Jackson, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Alex Jackson
31324 Via Colinas, Suite 114
Westlake Village, CA 91362

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome