1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   J. Andrew Coombs, A P. C.
3  517 East Wilson Avenue, Suite 22
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile:  (818) 500-3201
5
6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
10

| Adobe Systems Incorporated, | ) | Case No. C08-153~~5~~6-JW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE |
| v. | ) | |
| Alex Jackson, and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

The Court has read and considered all papers filed in connection with Plaintiff's *Ex Parte* Application for Leave to Take Immediate Discovery Prior to Rule 26(f) Conference ("the Application").

IT IS HEREBY ORDERED that the Application is granted.

IT IS FURTHER ORDERED that Plaintiff may serve immediate discovery on PayPal, Inc. ("PayPal"), eBay, Inc. ("eBay"), and Google, Inc. ("Google") by serving Fed. R. Civ. P. 45 subpoenas, which seek information sufficient to conclusively identify and locate Alex Jackson ("Defendant") doing business as "itsawayoflife," whose email address is semisub@gmail.com, including names, addresses, telephone numbers, identity of the Defendant's financial institution(s), and other email address(es) for the Defendant.

If PayPal, eBay, or Google wish to file a motion to quash the subpoenas or to serve objections, they must do so before the return date of the subpoenas, which shall be no less than

twenty-one (21) days from the date of service of the subpoenas. Among other things, PayPal, eBay or Google may use this time to notify the subscribers in question.

PayPal, eBay, and Google shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order on PayPal, eBay, and Google when it serves the subpoenas.

IT IS FURTHER ORDERED that any information disclosed to Plaintiff in response to the Fed. R. Civ. P. 45 subpoenas may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

IT IS FURTHER ORDERED that, if it so chooses, Plaintiff may depose Defendant's father, Curtiss Jackson, solely for the purpose of determining Defendant's current address.

Dated: 7/25/08

*Patricia V. Trumbull*
Magistrate Judge, United States District Court for the
Northern District of California

Presented By:

J. Andrew Coombs
A Professional Corporation

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff
Adobe Systems Incorporated

Adobe v. Jackson, et al.: [Proposed] Order Granting Ex Parte App.   - 2 -
For Expedited Disc.