J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 22
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-1536 JW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING |
| ) | PLAINTIFFS' REQUEST FOR |
| v. ) | ENLARGEMENT OF TIME WITHIN |
| ) | WHICH TO EFFECT SERVICE OF |
| Alex Jackson, and Does 1 – 10, inclusive, ) | PROCESS |
| ) | |
| Defendants. ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |

The Court has read and considered all papers filed in connection with Plaintiff Adobe Systems Incorporated's ("Plaintiff") Request for Enlargement of Time Within Which to Effect Service of Process ("the Request").

IT IS HEREBY ORDERED that the Request is granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Adobe v. Jackson, et al.: [Proposed] Order Granting Request for Enlargement of Time — - 1 -

In light of this Order, the Court continues the Case Management Conference presently set for September 15, 2008 to **October 20, 2008 at 10 a.m**. On or before **October 10, 2008**, the parties shall meet and confer and file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Plaintiff shall serve this Order along with the Summons and Complaint on Defendant or before **September 17, 2008**.

Dated: August 28, 2008

_____
JAMES WARE
United States District Judge

Adobe v. Jackson, et al.: [Proposed] Order Granting Request for Enlargement of Time         - 2 -